UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Karjala, | Civil 05-718 RHK/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Jo Anne B. Barnhart,<br>Commissioner of Social Security, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 20, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff Julie Karjala's motion for an award of attorney's fees and legal costs [#43] pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d) is GRANTED in the amount of $5,513.94.

DATED:  5/15, 2007.                    s/Richard H. Kyle
at St. Paul, Minnesota                  JUDGE RICHARD H. KYLE
                                        United States District Court